**In the Matter of Dawn D. DUFFY.**

**No. 784S302.**

Supreme Court of Indiana.

July 11, 1988.

ORDER OF REINSTATEMENT

Comes now the Indiana Supreme Court Disciplinary Commission, files its Findings of Fact and Conclusions of Law and Recommendation upon the Petition for Reinstatement filed by Dawn D. Duffy, and recommends that the Petitioner be readmitted to the practice of law.

And this Court, being duly advised, now finds that the Commission's recommendation should be approved and, accordingly, the Petitioner should be reinstated.

IT IS, THEREFORE, ORDERED, AD-
JUDGED AND DECREED that the Peti-
tioner, Dawn D. Duffy, is hereby reinstated
as an attorney at the Bar of this Court,
effective immediately.

The Clerk of this Court is directed to
forward a copy of this Order to the Indiana
Supreme Court Disciplinary Commission, to
the Petitioner, to the State Board of Law
Examiners, and to all parties who were
previously notified of Petitioner's suspen-
sion.

All Justices concur.